IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VERDUZCO, | 1:11-cv-00286 BAM (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| vs. | |
| MIKE MINOR, | (DOCUMENT #19) |
| Respondent. | DEADLINE: AUGUST 6, 2012 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 3, 2012, Respondent filed a motion to extend time to file responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent's motion is granted. The responsive pleading deadline is extended through and including August 6, 2012.

IT IS SO ORDERED.

Dated: July 10, 2012         /s/ Barbara A. McAuliffe
                             UNITED STATES MAGISTRATE JUDGE